UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID MARX** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-128** |
| **DARREL VANNOY** | **SECTION M (4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"), and the failure of any party to file an objection to the R&R, hereby approves the R&R and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that David Marx's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 13th day of October, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE